# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAM ELIE KNICKERBOCKER,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendants. | Case No.: 1:16-cv-01811 DAD JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 7) |

On December 1, 2016, Plaintiff filed the instant action. (Doc. 1) On December 5, 2016, the Court issued the summonses (Doc. 3) and its order setting the mandatory scheduling conference to occur on March 6, 2017. (Doc. 4) Because the plaintiff had not filed proofs of service of the summons and complaint and no defendant has appeared in the action, the Court ordered the plaintiff to show cause why the action should not be dismissed. (Doc. 5) In response, the plaintiff reported that he "served" the defendant by serving the California Attorney General. (Doc. 6) He reported that the Attorney General notified him of his error in late January 2017. Id. nevertheless, he continued to fail to serve the complaint. Thus, once again, the Court ordered the plaintiff to show cause why the matter should not be dismissed or to file proof of service. (Doc. 7) Finally, on April 4, 2017, the plaintiff filed his proofs of service showing that service occurred on March 29, 2017. (Doc. 8) Thus, the Court **ORDERS**:

    1.    The order to show cause, issued on March 8, 2017 is **DISCHARGED**;

1

2. The plaintiff **SHALL** diligently pursue prosecution of this action or it will be subject to dismissal.

**<u>Failure to comply may result in the imposition of sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

Dated:   **April 5, 2017**                             /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE