IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAM ELIE KNICKERBOCKER,<br><br>                 Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>                 Defendants. | CASE NO. 1:16-CV-001811-DAD-JLT<br><br>STIPULATION TO CONTINUE INITIAL STATUS CONFERENCE AND DUE DATE FOR RESPONSIVE PLEADING; ORDER THEREON |

**TO THE HONORABLE COURT:**

**WHEREAS,** the Court previously granted the United States' motion to dismiss (Dkt. No. 27);

**WHEREAS,** Plaintiff filed a First Amended Complaint on November 3, 2017, naming several federal employees as defendants, who were previously listed as "Doe" defendants (Dkt. No. 33);

**WHEREAS,** the United States' responsive pleading is currently due November 17;

**WHEREAS**, the Initial Scheduling Conference is currently set for 12/13/2017 at 9:00 AM in Bakersfield before Magistrate Judge Jennifer L. Thurston;

**WHEREAS,** the United States has recently substituted new counsel on this matter,

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as follows:

The Initial Scheduling Conference should be continued from December 13, 2017, to January 26, 2017, at 9:00 a.m.; and

The date for the United States to respond to Plaintiff's First Amended Complaint should be

1

extended by 14 days, up to and including December 1, 2017.

**IT IS SO STIPULATED.**

Date: November 16, 2017         Richard L. Knickerbocker (authorized 11/16/2017)
                                RICHARD L. KNICKERBOCKER
                                Attorney for Plaintiff


                                PHILLIP A. TALBERT
                                United States Attorney

                          By:   /s/ *Gregory T. Broderick*
                                GREGORY T. BRODERICK
                                Assistant United States Attorney

## **ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The United States **SHALL** respond to Plaintiff's First Amended Complaint on or before **December 1, 2017**; and

2. The Initial Scheduling Conference is continued to **January 26, 2017**, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **November 20, 2017**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

2