# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAM ELIE KNICKERBOCKER,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-01811 DAD JLT<br><br>ORDER GRANTING STIPULATION TO COTNINUE THE SCHEDULING CONFERENCE<br>(Doc. 54) |

At the request of the parties, the Court **ORDERS**:

1.    The stipulation to continue the mandatory scheduling conferences is **GRANTED**. The mandatory scheduling conference is **CONTINUED** to March 21, 2018.

IT IS SO ORDERED.

Dated:  **February 22, 2018**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE