Richard L. Knickerbocker, Esq. SB#035646
Knickerbocker Law Firm
2425 Olympic Boulevard
Suite 4000W
Santa Monica, California 90404
Telephone 310 260-9060
Facsimile 310 260-9063
Email knicklaw@gmail.com

Attorneys for Plaintiff
ISSAM ELIE KNICKERBOCKER

McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:   joseph.frueh@usdoj.gov
Telephone:  (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAM ELIE KNICKERBOCKER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE, DEATH VALLEY NATIONAL PARK; NICOLE GRUVER; BRYAN DREW; and DOES 3–25,<br><br>　　　　　　　Defendants. | Case No. 1:16-cv-01811-DAD-JLT<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**<br>(Doc. 65) |

## STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, that the Scheduling Order (ECF No. 59) be modified as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | January 31, 2019 | March 1, 2019 |
| Initial Expert Disclosures | February 15, 2019 | March 15, 2019 |
| Rebuttal Expert Disclosures | March 15, 2019 | April 19, 2019 |
| Expert Discovery Cutoff | April 12, 2019 | May 17, 2019 |
| Non-Dispositive Motion Filing | April 23, 2019 | May 21, 2019 |
| Non-Dispositive Motion Hearing | May 21, 2019 | June 18, 2019 |
| Dispositive Motion Filing | June 4, 2019 | July 2, 2019 |
| Dispositive Motion Hearing | July 16, 2019 | August 6, 2019 |
| Settlement Conference | September 6, 2019 | September 6, 2019 |
| Pretrial Conference | September 23, 2019 | October 21, 2019 |
| Trial | November 19, 2019 | December 10, 2019 |

The reasons for this stipulation are as follows:

1. Plaintiff's counsel's home and law practice were impacted by the Woolsey Fire, which burned approximately 97,000 acres in Los Angeles and Ventura Counties from November 8 to 16, 2018. To date, he and his family remain evacuated due to ongoing clean-up activities and utility outages. His files and records are located in Malibu, California, and have been inaccessible.

2. Defendants' counsel substituted into this case on November 7, 2018. Defendants' prior counsel of record left the United States Attorney's Office on November 30, 2018. Defendants' new counsel was required to spend significant time in November reviewing and analyzing the case file.

///
///
///
///
///

3. The foregoing developments have delayed the completion of fact discovery in this action, and the parties believe there is good cause to continue most of the remaining deadlines in the Scheduling Order by approximately 30 days, as set forth above.

Dated: December 6, 2018                KNICKERBOCKER LAW FIRM

                                By:    /s *Richard L. Knickerbocker* (authorized 12/6/2018)
                                       Richard L. Knickerbocker

                                       Attorney for Plaintiff

Dated: December 7, 2018                MCGREGOR W. SCOTT
                                       United States Attorney

                                By:    /s *Joseph B. Frueh*
                                       JOSEPH B. FRUEH
                                       Assistant United States Attorney

                                       Attorneys for Defendants

**ORDER**

Based upon the stipulation, the Court **ORDERS** the case schedule to be amended as follows:

| | | |
|---|---|---|
| 1. | Non-Expert Discovery Cutoff: | March 1, 2019 |
| 2. | Expert Disclosures: | March 15, 2019 |
| 3. | Rebuttal Expert Disclosures: | April 19, 2019 |
| 4. | Expert Discovery Cutoff: | May 17, 2019 |
| 5. | Non-Dispositive Motion Filing: | May 21, 2019 |
| 6. | Non-Dispositive Motion Hearing: | June 18, 2019 |
| 7. | Dispositive Motion Filing: | July 2, 2019 |
| 8. | Dispositive Motion Hearing: | August 6, 2019 |
| 9. | Pretrial Conference: | October 21, 2019, 2:30 p.m. |

///
///
///
///
///

| | | |
|---|---|---|
| 10. | Trial: | December 17, 2019[1], 1:00 p.m. |

IT IS SO ORDERED.

    Dated:   **December 10, 2018**          **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation failed to allow for eight weeks between the pretrial conference and the trial.