Richard L. Knickerbocker, Esq. SB#035646
Knickerbocker Law Firm
2425 Olympic Boulevard
Suite 4000W
Santa Monica, California 90404
Telephone 310 260-9060
Facsimile 310 260-9063
Email knicklaw@gmail.com

Attorneys for Plaintiff
ISSAM ELIE KNICKERBOCKER

McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:   joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAM ELIE KNICKERBOCKER,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE, DEATH VALLEY NATIONAL PARK; NICOLE GRUVER; BRYAN DREW; and DOES 3–25,<br><br>             Defendants. | Case No. 1:16-cv-01811-DAD-JLT<br><br>**STIPULATION AND PROPOSED ORDER RE: RULE 35 PHYSICAL EXAMINATION**<br>(Doc. 69) |

1    IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1. Plaintiff Issam Elie Knickerbocker will undergo a physical examination conducted by Dr. Geoffrey M. Miller, M.D., at **14516 Hawthorne Boulevard, Lawndale, California, Zip Code 90260**. The examination will occur on **February 6, 2019**, at **12:30 p.m.**

2. The examination will take approximately one hour to complete and will comprise a standard orthopedic examination addressing the spine and extremities and will consist of four parts—inspection, palpation, range-of-motion, and a neurological exam. The neurological exam will consist of sensory, motor, and reflex testing.

3. Plaintiff shall answer all inquiries made by Dr. Miller so that he can evaluate the nature, extent, and cause of Plaintiff's condition as well as his prognosis. Dr. Miller's inquiries shall be reasonably calculated to elicit information about the nature, extent, cause, and prognosis of Plaintiff's injuries at issue in this case.

4. No observers shall attend the examination. The cost of the examination shall be borne by Defendant United States of America.

5. Dr. Miller will prepare a report concerning the examination and a copy will be provided to Plaintiff on or before **February 15, 2019**, without the need for a formal demand.

Dated: December 19, 2018    KNICKERBOCKER LAW FIRM

By:   /s/ *Richard L. Knickerbocker*   (authorized on 12/19/2018)
       Richard L. Knickerbocker
       Attorney for Plaintiff

Dated: December 19, 2018    McGREGOR W. SCOTT
       United States Attorney

By:   /s/ *Joseph B. Frueh*
       JOSEPH B. FRUEH
       Assistant United States Attorney
       Attorneys for Defendants

IT IS SO ORDERED.

Dated: **December 20, 2018**    **/s/ Jennifer L. Thurston**
       UNITED STATES MAGISTRATE JUDGE