# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAM ELIE KNICKERBOCKER,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br><br>          Defendants. | Case No.: 1:16-cv-01811 - DAD - JLT<br><br>ORDER GRANTING STIPULATION TO AMEND CASE SCHEDULE<br>(Doc. 71) |

The parties have stipulated to amend the case schedule due to unanticipated misfortunes that have befallen the plaintiff's counsel. (Doc. 71) Though the Court will grant the stipulation, doing so requires the pretrial conference and trial dates to be modified[1].  Moreover, to provide a trial date with Judge Drozd that isn't already double or triple set, the Court must select a trial date toward the end of January.  Thus, the Court **ORDERS**:

> 1.      The parties SHALL disclose their experts[2] no later than **March 29, 2019**;

> 2.      The parties SHALL file dispositive motions, if any, no later than **July 16, 2019** and heard no later than **August 20, 2019**;

> 3.      The pretrial conference is **CONTINUED** to **November 25, 2019** at 3:30 p.m.

---

[1] The stipulation does not allow for the intervals required by Judge Drozd between the various activities.
[2] The stipulation does not provide for a rebuttal expert disclosure date.  Presumably, counsel have discussed the experts that will be disclosed and have determined that rebuttal experts are unneeded.

4.     The trial is **CONTINUED** to <u>**January 22, 2020**</u> at 1 p.m.

<u>**No other amendments to the case schedule are authorized.**</u>

IT IS SO ORDERED.

Dated:   <u>**March 18, 2019**</u>           <u>**/s/ Jennifer L. Thurston**</u>
                                        UNITED STATES MAGISTRATE JUDGE