MCGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAM ELIE KNICKERBOCKER,<br><br>                          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                          Defendants. | Case No. 1:16-cv-01811-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING IN PART DEFENDANTS' EX PARTE APPLICATION TO VACATE SETTLEMENT CONFERENCE**<br>(Doc. 96) |

       The defendants report that despite the Court's order (Doc. 59 at 6-7), the plaintiff has failed to submit to them a settlement demand (Doc. 96-1). Plaintiff's counsel argues that he case is currently "settleable" (Doc. 97), though why he believes this is not explained. Notably, the defendants' report that they are not prepared to extend a settlement offer that they believe would be accepted by the plaintiff. (Doc. 96-1) They say that the case is not in a settlement posture and it will only obtain this posture, if at all, once they receive the ruling on their pending motion for summary judgment (Doc. 91). Id. Though the plaintiff's counsel is willing for the settlement conference to be moved to late September, the Court knows that a ruling on the motion for summary judgment is extremely unlikely to issue by that time. Because the Court finds it a waste of resources to conduct a settlement when one side contends that the ability to settle depends upon a ruling from the Court—which has not yet issued—the Court **ORDERS**:

1. The settlement conference is **CONTINUED** to **November 12, 2019[1] at 9:00 a.m.**;
2. The parties **SHALL** comply with the order related to the conduct of the settlement conference, including the obligation to exchange offers in advance (Doc. 59 at 6-7). **Failure to do so may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: __August 25, 2019__         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff's attorney reports that he a trial starting in October that will continue into November, because he fails to provide an estimate when he believes this trial will complete, the Court has had to assume the trial will be complete by mid-November.