1  MCGREGOR W. SCOTT
   United States Attorney
2  JOSEPH B. FRUEH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:    joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
5  Facsimile: (916) 554-2900

6  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAM ELIE KNICKERBOCKER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 1:16-cv-01811-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION IN PART**<br>(Doc. 102) |

**[PROPOSED] ORDER**

The parties agree that the settlement conference scheduled for November 12, 2019, should be vacated. (Docs. 102, 103). Though the defense also seeks an order vacating the remaining deadlines in the case, the Court denies this request without prejudice. Thus, the Court **ORDERS**:

1. The settlement conference set on November 12, 2019 is VACATED. If this case proceeds to trial, they SHALL engage in a court-sponsored settlement conference and SHALL be prepared to do so on short notice, due to the impending trial date;

2. The request to stay the remaining case deadlines is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **October 29, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE